```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALTAUNE BROWN,

                              **Plaintiff,**                              21-CV-08695 (PGG)(SN)

        -against-                                                     **ORDER**

DELANCEY WINE, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 15 and 16, 2021, Plaintiff filed affidavits of service on Defendants Delancey Wine, Inc. and 37 Essex Street Corp. ECF Nos. 6 & 7. As of today, neither of the Defendants has filed a notice of appearance, responsive pleading, or any other motion. No later than January 20, 2022, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendants or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                     _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     New York, New York
                  January 13, 2022