# THE MARKS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2022

January 20, 2022

**Via ECF:**
Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
40 Foley Square, Courtroom 219
New York, NY 10007

      **RE:** **Altaune Brown v. Delancey Wine Inc. et al**
            Index: 1:21-cv-8695-PGG-SN

Dear Judge Netburn,

    In accordance with your Honor's January 13, 2022 order, Plaintiff provides this status update. To date, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved. Defendants were served through the secretary of state on November 10, 2021. Plaintiff has been made aware that there have been delays with service through the secretary of state and is making attempts to contact the Defendants and make sure they are aware of the pending matter. Therefore, Plaintiff respectfully requests an additional forty-five (45) days to make further attempts to contact Defendants. If Defendants do not answer, appear or otherwise move, Plaintiff will move for default.

    We thank you and the Court for its time and consideration on this matter.

                           Respectfully Submitted,

                           The Marks Law Firm, P.C.

---

Unless Defendant answers, appears, or otherwise moves, Plaintiff shall move for default by no later than March 14, 2022.
**SO ORDERED.**

                          _____
                          SARAH NETBURN
                          United States Magistrate Judge

Dated: January 26, 2022
       New York, New York

155 E 55th Street Suite 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com